No. 73–908. COTE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS, being of the view that any federal ban on obscenity is prohibited by the First Amendment (see *United States* v. *12 200-ft. Reels of Film,* 413 U. S. 123, 130 (1973) (DOUGLAS, J., dissenting)), would grant certiorari and reverse the judgment.

No. 73–1241. ADULT FILM ASSOCIATION OF AMERICA ET AL. *v.* LUCAS, U. S. DISTRICT JUDGE (SAXBE, ATTORNEY GENERAL OF THE UNITED STATES, ET AL., REAL PARTIES IN INTEREST). C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS, being of the view that any federal ban on obscenity is prohibited by the First Amendment (see *United States* v. *12 200-ft Reels of Film,* 413 U. S. 123, 130 (1973) (DOUGLAS, J., dissenting)), would grant certiorari and reverse the judgment below.